**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

SAN DIEGO GAS & ELECTRIC COMPANY, PACIFIC GAS AND ELECTRIC COMPANY, AND SOUTHERN CALIFORNIA EDISON COMPANY,

Petitioners,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.

Case No. 25-1980

**UNOPPOSED SUPPLEMENTAL MOTION OF PETITIONERS SAN DIEGO GAS & ELECTRIC COMPANY, PACIFIC GAS AND ELECTRIC COMPANY, AND SOUTHERN CALIFORNIA EDISON COMPANY TO HOLD APPEAL IN ABEYANCE AND STAY FILING OF THE CERTIFIED INDEX**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27-1, Petitioners San Diego Gas & Electric Company, Pacific Gas and Electric Company, and Southern California Edison Company (collectively, "Petitioners") hereby move this Court to continue holding the above-captioned appeal in abeyance and stay the filing of the certified index until 30 days after the Supreme Court issues a decision with respect to Petitioners' forthcoming petition for certiorari seeking further review of this Court's decision in *Pacific Gas and Electric Company v. FERC*, Nos. 24-2527, 24-3786. Counsel for Petitioners has consulted with counsel

for Respondent Federal Energy Regulatory Commission ("FERC"), who does not oppose the relief sought in this motion.

In support of this motion, Petitioners state the following:

1. On September 5, 2025, Petitioners moved to stay proceedings in this matter until 30 days after this Court ruled on a petition for panel rehearing and rehearing en banc filed in *Pacific Gas and Electric Company v. FERC*, Nos. 24-2527 and 24-3786 ("*PG&E*").[1] Dkt. 39 ("September 5th Motion"). As Petitioners explained in their September 5th Motion, the orders challenged here involve some issues that overlap with issues Petitioners raised in *PG&E*. In particular, both this case and *PG&E* raise whether FERC may withhold the availability of a federal rate incentive based on a California state law purporting to mandate Petitioners' participation in a regional transmission organization. The September 5th Motion remains pending.

2. On September 18, 2025, this Court denied the petition for panel rehearing and rehearing en banc in *PG&E*. *See* Dkt. 86.1, *PG&E v. FERC*, Nos. 24-2527 (Sept. 18, 2025).

3. Petitioners soon intend to file a petition for certiorari in *PG&E*. In light of that forthcoming petition for certiorari, the best course with respect to future

[1] The September 5th Motion outlined the procedural history of this case, which for brevity Petitioners do not reproduce here.

proceedings in this case is to continue holding this petition for review in abeyance until 30 days after the Supreme Court disposes of the *PG&E* petition. That period of abeyance will allow the parties to proceed in the most efficient way possible in light of the disposition of the *PG&E* case. Granting abeyance plus a grace period of 30 days will best conserve the Court's and the parties' resources.

4. Accordingly, Petitioners request that (1) the petition for review continue to be held in abeyance until 30 days after the Supreme Court disposes of the petition for certiorari in *PG&E*, with the parties to file motions to govern further proceedings at the end of that period; (2) the requirement to file the certified index to the record continue to be suspended until the petition is returned to the active docket; and (3) Case No. 25-5064, challenging FERC's rehearing orders in the same FERC dockets as at issue here, be consolidated with this case and also held in abeyance.

Dated: September 26, 2025

Respectfully submitted,

*/s/ Zachary C. Schauf*

Zachary C. Schauf
Anand Viswanathan
Arjun R. Ramamurti
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6873
zschauf@jenner.com

*Counsel for Petitioners San Diego Gas & Electric Company, Pacific Gas and Electric Company, and Southern California Edison Company*

Ross R. Fulton
Dan King
SAN DIEGO GAS & ELECTRIC COMPANY
8330 Century Park Court
San Diego, CA 92123
(619) 372-7529
rfulton@sdge.com

*Counsel for San Diego Gas & Electric Company*

Charles Middlekauff
John Perkins
PG&E LAW DEPARTMENT
300 Lakeside Dr.
Oakland, California 94612-3534
(650) 766-9147
Charles.Middlekauff@pge.com

*Counsel for Pacific Gas and Electric Company*

Rebecca A. Furman
Alexa Mullarky
SOUTHERN CALIFORNIA EDISON COMPANY
2244 Walnut Grove Avenue
Rosemead, CA 91770
(626) 302-3475
Rebecca.Furman@sce.com

*Counsel for Southern California Edison Company*

## CERTIFICATE OF COMPLIANCE

In accordance with Fed. R. App. P. 32(g) and Circuit Rule 32-3, I certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this Motion contains 482 words, not including the case caption, signature block, and certificates of counsel. I further certify that this Motion complies with the type-face requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this Motion has been prepared in Timed New Roman 14-point font in Microsoft Word 365.

Dated: September 26, 2025

*/s/ Zachary C. Schauf*
Zachary C. Schauf

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d) and Circuit Rule 25, I hereby certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Dated: September 26, 2025

*/s/ Zachary C. Schauf*
Zachary C. Schauf